# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-844
Lower Tribunal No. 18-41136
_____

**Francisca R. Rozas Cristino,**
Appellant,

vs.

**Jermaine Anderson,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Law Offices of Lazaro Lopez, and Lazaro Lopez, for appellant.

The Brown Law Group, LLC, and Vincent T. Brown, for appellees.

Before FERNANDEZ, C.J., and LOGUE and HENDON, JJ.

PER CURIAM.

Affirmed. Sunset Harbour Condo. Ass'n v. Robbins, 914 So. 2d 925, 928 (Fla. 2005) ("In order to be preserved for further review by a higher

court, an issue must be presented to the lower court and the specific legal argument or ground to be argued on appeal or review must be part of that presentation if it is to be considered preserved." (quoting <u>Tillman v. State</u>, 471 So. 2d 32, 35 (Fla.1985))).